IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE EDWARDS,

    Petitioner,

       v.

BEN CURRY, Warden,

    Respondent.

                            /

No. C 08-1923 CW

ORDER TO SHOW CAUSE

    Petitioner, a state prisoner incarcerated at California Correctional Training Facility and State Prison at Soledad, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby orders the following:

    Respondent shall file with this Court and serve upon Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the relevant Board of Parole Hearings records and any other state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: 4/28/08



CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIE EDWARDS,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-01923 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Traci S. Mason
The Law Offices of Traci S. Mason
45 East Julian Street
San Jose, CA 95112

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

Ben Curry, Warden
P.O. Box 686
Soledad, CA 93960-0686

Dated: April 28, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk