IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE EDWARDS

        Petitioner,

v.

BEN CURRY

        Respondent.

NO. CV 08-01923 CW

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1 - 4.**

On April 11, 2008, counsel for Petitioner filed a Petition for Writ of Habeas Corpus, docket #1; Memorandum in Support, docket #2; Appendix, docket #3; and a Certificate of Service, docket #4; manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Petitioner should submit the Petition for Writ of Habeas Corpus, docket #1; Memorandum in Support, docket #2; Appendix, docket #3; and the Certificate of Service, docket #4, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: May 13, 2008

*Cynthia J. Lenahan*
Deputy Clerk