IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIE EDWARDS,<br><br>                            Petitioner,<br><br>    v.<br><br>BEN CURRY, WARDEN,<br><br>                            Respondent. | 08-1923 CW<br><br>**[PROPOSED] ORDER GRANTING A STAY PENDING ISSUANCE OF THE MANDATE IN *HAYWARD*** |

    The Court considered Respondent's Request for Stay, and good cause appearing,

    IT IS HEREBY ORDERED that proceedings in this matter are hereby **STAYED** pending issuance of the mandate in *Hayward v. Marshall* by the Ninth Circuit.

Dated: _____

                                                      The Honorable Claudia Wilken
                                                      United States District Judge