TRACI S. MASON, Esq.
State Bar # 237663
LAW OFFICE OF TRACI S. MASON
45 E. Julian Street
San Jose CA 95112
(408) 286-2808

Attorney for Petitioner,
WILLIE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EDWARDS, | CASE NO. 08-1923 CW |
| Petitioner, | *UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO FILE A TRAVERSE TO RESPONDENT'S ANSWER* |
| v. | |
| BEN CURRY, (Warden), | |
| Respondent. | |

I, TRACI S. MASON, declare as follows:

    1. I am an attorney at law duly licensed to practice before all Courts of this state. I am also admitted to practice in the Northern, Eastern and Central Districts of California and the Ninth Circuit. I am a member of the LAW OFFICE OF TRACI S. MASON, attorney for the Petitioner, WILLIE EDWARDS, in this action.

    2. I have personal knowledge of the facts stated herein, and if called as a witness, I can competently testify thereto.

    3. On August 13, 2008, Petitioner is due to file his Traverse to the Respondent's Answer. However, I will be unable to file the Traverse by that time. I am therefore asking that this Court to grant a twenty one (21) day extension in which to file the Traverse.

    4. There have not been any previous requests for extension of time.

1

5. I will need this time to address all of the issues in the Answer.

6. I have a family emergency which requires me to leave the country. I will be leaving on Sunday, August 10, 2008.

7. On May 8, I spoke with Deputy Attorney General Stacey Schesser, who stipulated to my request for an extension.

8. Accordingly, Petitioner respectfully asks that this Court grant this extension.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2008, in the City of San Jose, County of Santa Clara, State of California.

TRACI S. MASON

2

1
2  TRACI S. MASON, Esq.
   State Bar #237663
3  LAW OFFICE OF TRACI S. MASON
   45 E. Julian Street
4  San Jose, CA 95112
5  (408) 286-2808

6  Attorneys for Petitioner,
   WILLIE EDWARDS
7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EDWARDS, | Case No. 08-1923 CW |
| Petitioner, | |
| vs. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER** |
| BEN CURRY, (Warden), | |
| Respondent | |
| Real Parties In Interest. | |

Petitioner, WILLIE EDWARDS, having duly applied for an extension of time to file his Traverse to Respondent's Answer Re petition For Writ Of Habeas Corpus, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing Petitioner's Objections is extended through and including September 3, 2008.

Dated: _____                    _____
                                     U.S. DISTRICT COURT JUDGE