TRACI S. MASON, Esq.
State Bar #237663
LAW OFFICE OF TRACI S. MASON
45 E. Julian Street
San Jose, CA 95112
(408) 286-2808

Attorneys for Petitioner,
WILLIE EDWARDS

*IN THE UNITED STATES DISTRICT COURT*

*FOR THE NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| WILLIE EDWARDS, | Case No. 08-1923 CW |
| Petitioner, | |
| vs. | *ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER* |
| BEN CURRY, (Warden), | |
| Respondent | |
| Real Parties In Interest. | |

Petitioner, WILLIE EDWARDS, having duly applied for an extension of time to file his Traverse to Respondent's Answer Re petition For Writ Of Habeas Corpus, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing Petitioner's Objections is extended through and including September 3, 2008.

Dated: 8/20/08

_____
U.S. DISTRICT COURT JUDGE