IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE EDWARDS,

    Petitioner,

  v.

BEN CURRY, Warden,

    Respondent.
_____/

No. C 08-01923 CW

ORDER DENYING RESPONDENT'S REQUEST FOR STAY

    Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' decision to deny Petitioner parole. Respondent requests a stay of this petition pending the issuance of a decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir.), reh'g en banc granted, No. 06-55392 (9th Cir. May 16, 2008). Petitioner opposes the request. Respondent has not filed a reply.

    Respondent asserts that a stay is warranted on basis of judicial economy because Hayward may decide various issues applicable to this case. A district court should not stay a habeas petition indefinitely pending resolution of a different case involving parallel issues on the basis of judicial economy and to prevent an intra-district split in decisions. Yong v. INS, 208

1  F.3d 1116, 1120-22 (9th Cir. 2000).

2     Accordingly, the motion for a stay is DENIED.

4     IT IS SO ORDERED.

6  Dated: 8/28/08

                                      CLAUDIA WILKEN
                                      United States District Judge