1

2

3                    IN THE UNITED STATES DISTRICT COURT

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    WILLIE EDWARDS,                    )      No. C 08-1923 CW
                                        )
8                 Petitioner,           )
                                        )      ORDER GRANTING
9         v.                            )      CERTIFICATE OF
                                        )      APPEALABILITY
10   BEN CURRY, Warden,                 )
                                        )
11                Respondent.           )
     _____)
12

13

14        Petitioner filed a habeas corpus petition pursuant to 28

15   U.S.C. § 2254.  On June 30, 2009, the Court entered judgment

16   denying the petition.  Petitioner filed a notice of appeal on

17   July 28, 2009.

18        A habeas petitioner may not appeal a final order in a

19   federal habeas proceeding without first obtaining a certificate

20   of appealability (formerly known as a "certificate of probable

21   cause to appeal").  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

22   A certificate of appealability should be granted "only if the

23   applicant has made a substantial showing of the denial of a

24   constitutional right."  28 U.S.C. § 2253(c)(2).[1]  The certificate

25   _____

26        [1]Section 2253(c)(2) codified the standard announced by the United
     States Supreme Court in Barefoot v. Estelle, 463 U.S. 880, 892-93
27   (1983).  In Barefoot, the Court explained that "a substantial showing
     of the denial of [a] federal right" means that a petitioner "must
28   demonstrate that the issues are debatable among jurists of reason;
     that a court could resolve the issues [in a different manner], or that
     the questions are adequate to deserve encouragement to proceed
     further."  Id. at 893 n.4.

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   of appealability must indicate which issue or issues satisfy the

2   showing required by § 2253(c)(2).  28 U.S.C. § 2253(c)(3).

3        Petitioner challenged his denial of suitability for parole

4   on due process grounds, arguing that (1) there was not "some

5   evidence" supporting the parole board's decision; (2) the parole

6   board improperly relied in the immutable circumstances of the

7   commitment offense; (3) the denial of a subsequent suitability

8   hearing for four years was excessive; and (4) that a parole

9   regulation upon which the state courts had relied was

10  unconstitutionally vague.  The Court finds that Petitioner has

11  made a sufficient showing of the denial of a constitutional right

12  to justify a certificate of appealability with regard to the

13  first two issues.  The certificate of appealability is denied on

14  the latter two issues for the reasons explained in the Court's

15  June 30, 2009 Order Denying Petition for Writ of Habeas Corpus.

16                         CONCLUSION

17       Accordingly, the Court grants, in part, Petitioner's

18  certificate of appealability.

19

20  IT IS SO ORDERED.

21

22  DATED:    8/21/09

23                         _____
                           CLAUDIA WILKEN
24                         United States District Judge

25

26

27

28