IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EDWARDS,<br><br>   Petitioner,<br><br> v.<br><br>BEN CURRY, Warden, et al.,<br><br>   Respondents.<br>_____/ | No. 08-01923 CW<br><br>ORDER OF REFERRAL TO OFFICE OF THE FEDERAL PUBLIC DEFENDER TO LOCATE COUNSEL TO REPRESENT PETITIONER ON APPEAL |

  On June 30, 2009, judgment was entered denying this petition for a writ of habeas corpus challenging the denial of parole. Petitioner appealed and, on May 18, 2010, the Ninth Circuit Court of Appeals issued an order granting Petitioner's motion for the appointment of counsel on appeal.  The Ninth Circuit ordered that the appointing authority for this Court locate appointed counsel and send notification of the name, address and telephone number of appointed counsel to the Clerk of the Ninth Circuit at counselappointment@ca9.uscourts.gov within fourteen days of locating counsel.

  Therefore, this matter is referred to the Office of the Federal Public Defender which shall locate counsel to represent Petitioner on appeal as specified in the May 18, 2010 Order of the Ninth Circuit Court of Appeals.  Within fourteen days of the date

of this Order, the Office of the Federal Public Defender shall notify this Court and the Clerk of the Ninth Circuit counsel's name, address and telephone number.

IT IS SO ORDERED.

Dated: May 27, 2010

CLAUDIA WILKEN
United States District Judge